**FILED IN**
**4th COURT OF APPEALS**
**SAN ANTONIO, TX**
*2:47 pm, Dec 29, 2014*
**KEITH E. HOTTLE**
**CLERK OF THE COURT**

NO. 04-14-00529-CV

IN THE COURT OF APPEALS
FOR THE
FOURTH COURT OF APPEALS DISTRICT OF TEXAS

THE UNKNOWN HEIRS OF C.R. DELK, DECEASED, ET. AL..

Appellants

v.

VAL VERDE COUNTY AND
SAN FELIPE DEL RIO CONSOLIDATED INDEPENDENT SCHOOL
DISTRICT

Appellees

On Appeal from the 83rd Judicial District Court
Val Verde County, Texas
Trial Court No. 25395
Judge Robert E. Cadena, District Judge Presiding

**APPELLEES', VAL VERDE COUNTY and SAN FELIPE DEL RIO
CONSOLIDATED INDEPENDENT SCHOOL DISTRICT
UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

1

TO THE FOURTH DISTRICT COURT OF APPEALS OF TEXAS:

Val Verde County and San Felipe Del Rio Consolidated Independent School District (herein called "Taxing Authorities"), Appellees herein, file the above styled Unopposed Motion for Extension of Time to File Brief, and would respectfully show:

1.     Deadline for filing brief.  Appellees' brief is due on Friday, January 2nd, 2015.

2.     The length of the extension sought.   The length of the extension sought by Appellees is 30 days, from January 2, 2015 to February 2, 2015.

3.     Facts in support of need for extension.  Upon preliminary preparation of their response to Appellant's Brief in this matter, Appellees' counsel discovered the Clerk's Record was not complete and was not sufficient in which to adequately respond to Appellant's Brief.   On or about December 22, 2014, Appellees, through the undersigned attorney, filed their Designation of Items to Include in Supplemental Clerk's Record.   Although the Val Verde District Clerk's Office will have reduced hours of operation through the holiday season, Appellees anticipate the Val Verde District Clerk will promptly prepare and file this Supplemental Clerk's Record which would afford Appellees the ability to adequately respond in this matter.

4.     Number of previous extensions.   Appellees have not requested any previous extensions of time to file the brief in this cause.

5.     Motion unopposed.   The undersigned counsel has conferred with Appellant, Ms. Dorothy Delk, who has advised the undersigned that she is unopposed to the relief requested in this motion.

WHEREFORE, PREMISES CONSIDERED, Val Verde County and San Felipe Del Rio Consolidated Independent School District, Appellees herein, hereby respectfully pray that this Motion be in all things granted and that this Honorable Court grant the extension of time for the filing of Appellees' Brief requested herein.

Respectfully submitted,

LINEBARGER, GOGGAN, BLAIR
      & SAMPSON, LLP
711 Navarro, Suite 300
San Antonio, Texas 78205
Telephone:  (210) 225-4422
Facsimile:  (210) 226-4308

By _____
Sonia Gonzalez
State Bar No. 24044163
Ronald Rocha
State Bar No. 24039143
Brad Balderrama
State Bar No.  24040464
Don Stecker
State Bar No. 19095300
**ATTORNEYS FOR APPELLEES**

## CERTIFICATE OF CONFERENCE

I hereby certify that a telephone conference between Don Stecker and Ms. Dorothy Delk was held on December 23, 2014, regarding the merits of this motion and Appellant has advised the attorneys for Appellees that she is unopposed to this Motion.

Sonia Gonzalez
Ronald Rocha
Brad Balderrama
Don Stecker

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served in accordance with Tex. R. Civ. P. 21(a) on this 23rd day of December, 2014, to the following party:

Ms. Dorothy Delk
3692 El Dorado Loop South
Salem, Oregon  97302

Sonia Gonzalez
Ronald Rocha
Brad Balderrama
Don Stecker